UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| H.R. BUSHMAN & SON, CORP., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:06CV1638 CDP |
| SPUD PACKERS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before me on defendant Terry W. Humes's motion for leave to liquidate assets and for a court order to receive payments into the court registry. Plaintiffs have not filed any opposition to this motion, and their time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that Terri W. Humes motion for leave to liquidate assets [#132] is granted. Terri Humes may take reasonable steps to market and sell any equipment and machinery previously owned by Spud Packers, Inc. and now abandoned to this Court.

**IT IS FURTHER ORDERED** that Terry Humes shall pay into the registry any proceeds from the sale of any such equipment and machinery to be held in an

interest bearing account.

**IT IS FURTHER ORDERED** that Terry Humes shall pay into the registry any payments received in satisfaction of any accounts receivable to Spud Packers, Inc. to be held in an interest bearing account.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of November, 2007.