UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| H.R. BUSHMAN & SON, CORP., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:06CV1638 CDP |
| SPUD PACKERS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## AMENDED PRELIMINARY INJUNCTION

For the reasons stated in the Memorandum and Order issued today,

**IT IS HEREBY ORDERED** that the Preliminary Injunction entered on December 5, 2006 is superseded by this order, and:

1. Defendants Spud Packers, Inc. and Terry W. Humes, individually, and their respective agents, officers, assigns, and any of their banking institutions must not pay, withdraw, transfer, assign or sell any and all existing PACA trust assets or otherwise dispose of corporate or personal assets to any creditors, persons or entities until further Order for this Court.

2. Pending further orders of this Court, no banking institution holding funds for Defendants Spud Packers and Humes shall pay, transfer or permit assignment or withdrawal of any existing PACA trust assets held on behalf of

Defendants. Further, pending further orders of this Court, no banking institution holding funds for Defendants Spud Packers and Humes shall pay, transfer or permit assignment or withdrawal of the corporate or personal assets of those Defendants without the express written approval of this Court.

3. This Order will be binding upon the parties to this action, their officers, agents, servants, employees, banks, or attorneys and all other persons or entities who receive actual notice of this Order by personal service or otherwise. In this regard, the Defendants shall serve a copy of this Order on all financial institutions with which either Defendants Spud Packers or Humes does any business.

4. Because Defendants already possess at least $1.2 million of PACA trust assets which are the Plaintiffs' property, Plaintiffs need not post a bond.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of January, 2008.